ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada, 89117
(702) 873-5386
Fax: (702) 873-5903
Anthony@DeLuca-associates.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

| | |
|---|---|
| **In Re:**<br><br>Rosa Elena Sanchez<br><br>**Debtor(s)** | )<br>) Case No: 12-10532-MKN<br>)  Trustee:  RICK YARNALL<br>)<br>) Chapter: 13<br>)<br>) DEBTOR'S VERIFIED OUT OF TIME<br>) MOTION FOR REFERRAL TO<br>) MORTGAGE MODIFICATION<br>) MEDIATION |

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 14 DAYS AFTER SERVICE OF THIS MOTION SHALL, PURSUANT TO ADMINISTRATIVE ORDER 2014-08, BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION.**

The Debtor files this Verified Out of Time Motion for Referral to Mortgage Modification Mediation ("Out of Time Motion") and requests the Court enter an Order Granting the Out of Time Motion referring Debtor and Bank of America  ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who has filed for bankruptcy relief under, or converted to, chapter 13 on January 18, 2012.  In support of Debtor's request to participate in MMM "Out of Time," Debtor states the following:

_____

_____

_____.

2. Debtor requests MMM for real property ("Property") located at the following street address: __128 Shadow Lane, Las Vegas, Nevada 89106__; account number for this property is xxxxxxxx7881 (last four digits).

    a. The Property is (check one box):

        ☒ The Debtor's primary residence.

        ☐ Not the Debtor's primary residence.

    b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

        ☒ Debtor only.

        ☐ Debtor and non-filing co-obligor/co-borrower/third party.

    Contact information for co-obligor/co-borrower/third party:

        Name: _____

        Address: _____

        Telephone: _____

        E-mail: _____

        ☐ Other: _____

        Name: _____

        Address: _____

        Telephone: _____

        E-mail: _____

    c. If applicable, Debtor has filed with this motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

☒ Modify the mortgage on the Debtor's primary residence.

☐ Modify the mortgage on Property that is not the Debtor's primary residence.

☐ Surrender the Property to the Lender.

4. Prior to filing this motion, Debtor has completed Debtor's information using the court-approved on-line program that facilitates the preparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the Document Preparation Software fee to the approved vendor. Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

5. Prior to filing this motion, Debtor has determined that:

☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal").

☐ Lender is not registered. Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order. The Debtor will upload to the MMM Portal, Debtor's Prepared Package together with any additional forms or documents

which Lender may post on the MMM Portal, within seven days after the Lender has registered.

6. Debtor requests Lender consider (check as many boxes as applicable):

- ☑ a HAMP or government sponsored loan modification.
- ☑ a conventional loan modification.
- ☐ a deed in lieu of foreclosure.
- ☐ surrender options.
- ☐ other: _____.

7. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

   a. Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.

   b. Debtor represents that the property ☐ has or ☑ has not been listed for sale.

8. If the Debtor is represented by an attorney, Debtor remitted the required Mediator's fee to Debtor's attorney pursuant to the MMM Procedures. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time;

9. If the Debtor is not represented by an attorney, the Debtor obtained a money order or a cashier's check to pay the required mediator's fee pursuant to the MMM Procedures; a copy of that money order is attached. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM

Portal, whichever occurs later, Debtor shall upload and submit through the MMM Portal, Debtor's Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee. In addition, the Debtor's will upload the Order to the MMM Portal as part of the submission of Debtor's documentation;

11. Debtor will forward the mediator's fee directly to the mediator within seven days after designation of the mediator;

12. If Debtor is represented by counsel, Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program;

13. If Debtor is not represented by counsel, Debtor may be contacted at the following phone number(s) and e-mail address: _____ _____ .

WHEREFORE**,** Debtor requests that the Out of Time Motion be granted and for such other and further relief as this Court deems proper.

**<u>DEBTOR'S VERIFICATION</u>**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on this 31 day of March, 2015.

___/s/ Rosa Elena Sanchez_____  
Debtor                                                                          Debtor

DATED this 31 day of March, 2015

Submitted by:

/s/ ANTHONY J. DELUCA  
ANTHONY J. DELUCA, ESQ.  
7580 West Sahara Avenue  
Las Vegas, Nevada 89117  
Attorney for Debtor(s)

ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada, 89117
(702) 873-5386
Fax: (702) 873-5903
Anthony@DeLuca-associates.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

| | |
|---|---|
| **In Re:**<br><br>Rosa Elena Sanchez<br><br>**Debtor(s)** | ) Case No: 12-10532-MKN<br>) Trustee: RICK YARNALL<br>)<br>) Chapter: 13<br>)<br>) ORDER ON DEBTOR'S VERIFIED OUT OF<br>) TIME MOTION FOR REFERRAL TO<br>) MORTGAGE MODIFICATION<br>) MEDIATION |

The Debtor filed a Verified Out of Time Motion for Referral to Mortgage Modification Mediation ("Out of Time Motion") on March 31, 2015, and served it on the Lender in accordance with this Court's Mortgage Modification Mediation Program Procedures (select one):

☐ The Debtor has filed a "Certificate of No Response and Request for Entry of Order";

☐ The Lender has filed a Lender's Consent to participate in MMM; or

☐ The matter was opposed and the Court conducted a hearing on _____.

**IT IS ORDERED AS FOLLOWS:**

1. The Motion is GRANTED;

2. The Debtor and Lender are required to participate in Mortgage Modification Mediation ("MMM") in good faith and may be subject to possible sanctions by the Court for violation of this requirement, including vacating this order. MMM shall be concluded not later than 150 days from the date of the Order, unless extended by written consent on the approved Mortgage Modification Mediation Portal ("MMM Portal"), by stipulation of the parties or by court order;

3. All communications and information exchanged during MMM are privileged and confidential and shall be inadmissible in any subsequent proceeding as provided by Rule 408 of the Federal Rules Evidence, except in circumstances of a motion for failure to participate in good faith under the MMM program and procedures and/or subsequent mediation negotiation under this chapter and/or the State of Nevada Foreclosure Mediation Program;

4. The chapter 13 trustee shall have access to the DMM Portal but shall not be able to read/review any documentation, correspondence or any other confidential information;

5. All written communication between the parties regarding the mediation must be sent through the approved MMM Portal only, unless otherwise ordered by the Court. Any litigated matters incidental to the mediation shall be considered as separate matters and not subject to the portal communication requirement;

6. The Lender shall register with the MMM Portal, unless already registered, within seven days after entry of this Order, and designate its single point of contact and outside legal counsel who must register within seven days after designation. If

the Lender fails to register, the Debtor may file a motion with the Court seeking sanctions against the Lender for Lender's failure to register;

7. Lender's counsel or representative shall have the authority (within the investor's guidelines) to settle and will attend and continuously participate in all MMM conferences in this case;

8. Debtor shall, within seven days after the filing of Debtor's Notice of Selection of Mortgage Modification Mediator (or Notice of Clerk's Designation of Mortgage Modification Mediator), or after confirming that the Lender is registered on the MMM Portal, whichever occurs later, remit to the MMM Portal the required non-refundable MMM Portal submission fee, and upload to the MMM Portal the following (collectively, the "Completed Package"):

    (a) Debtor's loan modification package (prepared using the Document Preparation Software);

    (b) a copy of this Order; and

    (c) any additional lender-specific information identified by Lender on the MMM Portal.

9. The Lender shall, within seven days after Debtor's delivery of the "Completed Package," acknowledge receipt of Debtor's information and advise Debtor of any additional or missing information required for Lender to proceed with its review;

10. In the event the Lender requires additional or missing information to consider the Debtor's requested mortgage modification options as specified in the Ex Parte Motion, the Lender shall so notify Debtor through the MMM Portal within seven days of Debtor's submission ("Notice"). The Debtor shall provide all additional documents through the MMM Portal within seven days of the Notice;

11. The Lender shall timely underwrite the loan modification request;

12. If the Lender transfers the loan, the Lender must provide a copy of the Order to the new holder of the loan ("Successor Lender"), and the Successor Lender will be obligated to comply with all terms of this Order;

13. **PROCESS FOR SELECTION OF MEDIATOR**:

    (a) The parties shall have 14 days from the date of this Order to select a mediator. If the parties agree on the selection of a mediator, the Debtor shall file the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator" (Check Box 1 and insert mediator name and contact information), serve a copy of the notice on all required parties, and file a Certificate of Service pursuant to Local Rule 2002;

    (b) If the Lender fails to communicate with the Debtor within the 14 day period established for the mediator selection process, the Debtor shall, within seven days, independently select a mediator and file the "Debtor's Notice of Selection of Mortgage Modification Mediator" (Check Box 2 and insert mediator name and contact information), serve a copy of the notice on all required parties, and file a Certificate of Service pursuant to Local Rule 2002. In this instance, it shall be deemed that the Lender has waived the right to challenge Debtor's selection of a Mediator;

    (c) If the parties attempt to reach agreement on the selection of a Mediator, but fail to do so, the Debtor shall file the "Debtor's Notice of Selection of Mortgage Modification Mediator" (Check Box 3 indicating an impasse), serve a copy of the notice on all required parties, and file a Certificate of Service pursuant to Local Rule 2002. The clerk shall then randomly select a mediator from the clerk's Mediation Register pursuant to the

MMM Program Procedures, without the necessity of a hearing. The clerk shall serve notice of the mediator selection on the required parties using the MMM Local Form "Notice of Clerk's Designation of Mortgage Modification Mediator." Any challenge to the clerk's designation of mediator shall be resolved in accordance with the MMM Program Procedures.

14. Debtor shall assign the mediator as the mediator in this case on the MMM Portal within seven days after designation;

15. The mediator shall be:

    (a) governed by the subject to the Model Standards of Conduct for Mediators as revised and adopted in 2005 by the American Arbitration Association, American Bar Association, and Association of Conflict Resolution. Mediators shall have judicial immunity in the same manner and to the same extent as a judge;

    (b) subject to paragraph 16 below, be compensated in the amount of $600.00 for preparation for MMM, execution of required documents, facilitation of document and information exchange between the parties, and participation in no more than two one-hour MMM conferences;

    (c) compensated at the rate set by the U.S. Bankruptcy Court for the District of Nevada as adopted by this court by Administrative Order 2014-08, or at such rate as may be agreed to in writing by the parties and the mediator selected by the parties for any MMM conferences that extend beyond the initial two one-hour conferences.

16. The mediator's fee shall be paid equally by the parties as follows:

    (a) The Debtor shall pay the required non-refundable fee pursuant to the MMM Procedures directly to the mediator within seven days designation of the mediator;

    (b) The Lender shall pay the required non-refundable fee pursuant to the MMM Procedures directly to the mediator within seven days after designation of the mediator; and

    (c) The mediator's fee for MMM conferences that extend beyond two, one-hour conferences, shall be paid equally by the parties and is due and payable at the beginning of each successive MMM conference in accordance with the program procedures.

17. The mediator shall log in to the MMM Portal within seven days after designation and use the MMM Portal to facilitate any additional exchange of information or documentation between Debtor and Lender in an effort to perfect the documents needed for Lender to complete its analysis of Debtor's mortgage modification mitigation options;

18. If the mediator either fails to timely register or log in to the MMM Portal to begin to facilitate the MMM process, any party to the mediation may file a motion requesting that the mediator be removed from this case and, if applicable, be removed from the clerk's Mediation Register;

19. **MEDIATION CONFERENCE:**

    (a) The mediator shall schedule the initial MMM conference no later than seven days after determining that the Lender has received and reviewed all requested information.  In the event the mediator cannot determine that the

Lender has received all the requested information, the mediator shall schedule the initial MMM conference within 90 days of this Order. The initial MMM conference shall not exceed one hour. The mediator shall report the scheduling of all MMM conferences on the MMM Portal;

(b) If the Debtor is represented by an attorney, the Lender and Lender's representative may participate in the MMM conference by telephone;

(c) If the Debtor is represented by an attorney, the Debtor and any co-obligors/co-borrowers or other third party may participate in the MMM conference by telephone provided they are physically present with Debtor's attorney and present identification to Debtor's attorney during all MMM conferences;

(d) If the Debtor is not represented by an attorney, the debtor and any co-borrower shall be physically present with the mediator at the mediator's selected location and present identification to the mediator for all MMM conferences;

(e) Debtor shall provide a foreign language interpreter, if necessary, at the Debtor's own expense; and

(f) All parties attending the MMM conference must be ready, willing and able to sign a binding settlement agreement at the MMM conference and have the ability to scan, send and receive documents by facsimile, e-mail or other electronic means at the time of the MMM conference.

20. In the event the parties are unable to reach an agreement and require an additional MMM conference, the mediator shall schedule a final MMM conference no later than 30 days thereafter. The final MMM conference shall not exceed one hour;

21. In the event the parties reach a final resolution or, if no agreement has been reached, the mediator shall report the results of the MMM on the MMM Portal not later than seven days after the conclusion of the final MMM conference.  The mediator shall also complete and file with the Court, via CM/ECF, the MMM Local Form "Final Report of Mortgage Modification Mediator," within two business days following entry of the final report data on the MMM Portal;

22. If an agreement has been reached, Debtor shall file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Mediation Agreement with Lender," no later than 14 days following the filing of the Final Report and upload the MMM Local Form "Order Granting Motion to Approve Mortgage Modification Mediation Agreement with Lender" to the Court's CM/ECF. The parties shall also seek any necessary Court approval and formalize any required legal documents in a timely fashion thereafter;

23. The automatic stay is modified to the extent necessary to facilitate MMM pursuant to this Order;

24. Any of the deadlines imposed by this Order may be extended by order of the Court;

25. If any parties or counsel fail to comply with the terms of this Order, the Court will consider a motion to vacate the Order and may also impose sanctions; and

26. The Debtor shall serve a copy of this Order on all parties to the mediation, immediately upon receipt.  Service shall be by regular U.S. Mail, electronic service, or e-mail, if the party's e-mail address is known.

**IT IS SO ORDERED.**

DATED this 31 day of March, 2015

Submitted by:

/s/ ANTHONY J. DELUCA
ANTHONY J. DELUCA, ESQ.
7580 West Sahara Avenue
Las Vegas, Nevada 89117
Attorney for Debtor(s)

###